# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

Creditor:   Car Financial Services
7775 Baymeadows Way Ste. 106
Jacksonville, FL 32256

$ 7,399.00

In re:

**Quarene A. Calloway**
    Debtor

Case No.:   09–50655–JSD

Judge:   John S. Dalis

Chapter:   13

## NOTICE OF CLAIM FILED BY DEBTOR OR TRUSTEE

Pursuant to Bankruptcy Rule 3004 notice is hereby given that the debtor or trustee in the captioned case filed a proof of claim on behalf of the creditor and in the amount shown above.

If you would like your account number shown on payments you receive on this claim, please return copy of this letter showing your account number. If you wish to file a response to this claim, please attach a copy of this letter to your response. If you have questions, please call the **_Clerks' Office at 912–280–1376_** .

**Samuel L. Kay, CLERK**
United States Bankruptcy Court
 PO Box 8347
Savannah, GA 31412

Creditor's Account #

Dated **December 3, 2009**

*13–47[Rev. 08/09]* **JM**