IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA

Brunswick

IN RE:  Quarene A. Calloway             )          Chapter  13
                                        )          Number   09-50655
        Debtor(s)                       )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:**  CALLOWAY (Last)   QUARENE A. (First)   ___ (MI)

**Joint Debtor Name:** ___ (Last)   ___ (First)   ___ (MI)

**Previous Address:** 508 WALDROUP AVE.
DOUGLAS (City)   GA (State)   31533 (Zip)

**New Address:** 305 COLLEGE AVENUE SOUTH
DOUGLAS (City)   GEORGIA (State)   315335125 (Zip)

This 14th day of July, 2011.

By:
/s / M. Elaina Massey        Chapter 13
Name                          Title
PO Box 1717
Address
Brunswick      GA      31521
City           State   Zip
(912) 466-9787         016118
Telephone              Bar ID